**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-02441-REB-BNB

ISADORE BROWN,

      Plaintiff,

v.

DENVER POLICE OFFICER GARCIA,
DENVER POLICE OFFICER ROMAN YEPSHIN,
DENVER POLICE OFFICER SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, Jointly and Severally,

      Defendants.

---

**ORDER ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

---

**Blackburn, J.**

      The matter before me is the recommendation to continue the trial in this matter

contained in the **Recommendation of United States Magistrate Judge** [#26][1] filed

May 4, 2012.  No objection having been filed, I review the recommendation for plain

error only.  ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418

F.3d 1116, 1122 (10th Cir. 2005).  Finding no such error in the magistrate judge's

recommended disposition, I find and conclude that the recommendation should be

approved and adopted.

---

     [1]  "[#26]" is an example of the convention I use to identify the docket number assigned to a
specific paper by the court's electronic case filing and management system (CM/ECF).  I use this
convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1.  That **Recommendation of United States Magistrate Judge** [#26] filed May 4, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2.  That the dispositive motion deadline is **EXTENDED** to September 7, 2012;

3.  That the Trial Preparation Conference, currently scheduled for Friday, October 12, 2012, at 3:00 p.m., as well as the trial, currently scheduled to commence on October 29, 2012, at 8:30 a.m., are **VACATED** and **CONTINUED**, pending further order of the court; and

4.  That the Trial Preparation Conference and trial **SHALL BE RESET** during a telephonic setting conference on **June 13, 2012**, at **10:00 a.m.** (MDT); provided, furthermore, that counsel for plaintiff **SHALL ARRANGE** and **COORDINATE** the conference call necessary to facilitate the setting conference.

Dated May 22, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

2