IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02441-REB-BNB

ISADORE BROWN,

Plaintiff,

v.

DENVER POLICE OFFICERS GARCIA,
ROMAN YEPSHIN,
SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

Defendants.

_____

**ORDER**
_____

In view of the Order [Doc. # 31] of the district judge,

IT IS ORDERED that the final pretrial conference set for September 6, 2012, at 9:00 a.m., is VACATED and RESET to **October 18, 2012, at 9:00 a.m.,** in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated May 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge