IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   11-cv-02441-REB-BNB | Date: June 28, 2012 |
| Courtroom Deputy:   Julie Dynes | FTR BNB COURTROOM A-401 |

Isadore Brown                                                                Traci Christy

                Plaintiff(s),

v.

Garcia, Denver Police Officers                                      Stuart Shapiro
Roman Yepshin                                                             Cristina Pena Helm
Sergey Gurevich
Joey Smith
City and County of Denver
                Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in session: 2:03 p.m.

Appearances of counsel.

Court's opening remarks.

Argument presented.

Deadlines amended as follows:
Discovery cut-off: September 14, 2012.
Dispositive motion filing deadline: October 12, 2012.
Final Pretrial Conference: November 1, 2012.

**ORDERED:**   Motion to Compel [37] is DENIED as moot, request for attorney fees is **DENIED.**
Unopposed Motion to Withdraw as Attorney [34] is GRANTED.

Court in Recess     2:19 p.m.     Hearing concluded.     Total time in Court: 00:16

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.