IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02441-REB-BNB

ISADORE BROWN,

Plaintiff,

v.

DENVER POLICE OFFICERS GARCIA,
ROMAN YEPSHIN,
SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

Defendants.

_____

**ORDER**
_____

This matter arises on the following:

(1)   **Defendants' Motion to Compel Pursuant to Fed. R. Civ. P. 37(a)** [Doc. # 37, filed 6/18/2012] (the "Motion to Compel"); and

(2)   **Plaintiff's Counsel's Unopposed Motion to Withdraw as Counsel** [Doc. # 34, filed 6/18/2012] (the "Motion to Withdraw").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here. Following the filing of the Motion to Compel, the plaintiff provided discovery responses. The only issue remaining in connection with the Motion to Compel is the defendants' request for attorneys fees.

IT IS ORDERED:

(1)   The Motion to Compel [Doc. # 37] is DENIED as moot insofar as it seeks to

compel responses to the discovery requests and DENIED insofar as it seeks an award of costs, such an award being unjust under the facts of this case;

(2)     The Motion to Withdraw [Doc. # 34] is GRANTED.  Douglas L. Romero, Timothy D. Edstrom, and the Law Offices of Douglas Romero are relieved of any continuing responsibility in this case.  The plaintiff is cautioned that he personally is responsible for complying with all court orders and time limitations established by any applicable rules, and his failure to comply with these requirements may result in the imposition of sanctions, including dismissal of the case; and

(3)     The case schedule is modified to the following extent:

• Discovery Cut-Off:            **September 14, 2012**

• Dispositive Motion Deadline:  **October 12, 2012**

• Final Pretrial Conference: The final pretrial conference set for October 18, 2012, at 9:00 a.m., is VACATED and RESET to **November 1, 2012, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **October 25, 2012**.

Dated June 28, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge