IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02441-REB-BNB

ISADORE BROWN,

Plaintiff,

v.

DENVER POLICE OFFICERS GARCIA,
ROMAN YEPSHIN,
SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　　This matter is before the Court on the **Defendants' Motion For Leave to File a Reply in Support of [42] Motion to Dismiss for Failure to Prosecute Pursuant to Fed.R.Civ.P. 41(b)** [docket no. 52, filed October 1, 2012] (the "Motion").

　　　　IT IS ORDERED that the plaintiff shall reply to the Motion on or before **October 5, 2012**.


DATED:  October 1, 2012