IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02441-REB-BNB

ISADORE BROWN,

Plaintiff,

v.

DENVER POLICE OFFICERS GARCIA,
ROMAN YEPSHIN,
SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

Defendants.

_____

**ORDER**
_____

This matter arises on the following motions filed by the defendants on October 18, 2012:

1. **Defendants' Motion for Guidance on Service of Pleadings** [Doc. #64]; and

2. **Defendants' Motion to Restrict Access to Exhibit A Filed with Defendants'**

**Motion for Guidance on Service of Pleadings** [Doc. #66].

Counsel for the defendants received from a non-party an email regarding the plaintiff's current address. The defendants request Level 2 restricted access to the email due to safety concerns of the non-party. This request is granted.

The defendants also request guidance on how papers should be served on the plaintiff in light of the email. The plaintiff provided an address of record in his Reply to Order to Show Cause [Doc. #55], and no further change of address has been filed. The defendants' request for guidance on how to serve the plaintiff is denied.

IT IS ORDERED:

1. Defendants' Motion for Guidance on Service of Pleadings [Doc. #64] is DENIED;

2. Defendants' Motion to Restrict Access to Exhibit A Filed with Defendants' Motion for Guidance on Service of Pleadings [Doc. #66] is GRANTED; and

3. Document #65 shall have Level 2 restricted access.

Dated October 29, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge