IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02441-REB-BNB

ISADORE BROWN,

Plaintiff,

v.

DENVER POLICE OFFICERS GARCIA,
ROMAN YEPSHIN,
SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

Defendants.
_____

**ORDER**
_____

The parties appeared this morning for what was scheduled to be a final pretrial conference. The plaintiff, who is proceeding pro se, failed to participate in the preparation of the proposed final pretrial order, however, so none was entered. In addition, I am informed that Mr. Brown refused to appear for a deposition, resulting in the Defendants' Motion to Dismiss [Doc. # 42]. Finally, there is pending an Order to Show Cause [Doc. # 48] why the case should not be dismissed based on the plaintiff's failure to keep the court informed of his current address and failure to prosecute the case.

The plaintiff's counsel was allowed to withdraw on June 28, 2012. Order [Doc. # 41]. No substitute counsel has entered its appearance. At the time plaintiff's counsel was allowed to withdraw, I cautioned the plaintiff that he is personally responsible for complying with all court orders and all applicable rules, and that his failure to comply may result in the imposition of

sanctions, including dismissal of his case.  I reiterated that warning orally this morning, and I reiterate it again here.  Any failure by the plaintiff to comply with court orders and applicable rules, including the plaintiff's failure to appear for and give his deposition or to participate in the preparation of a final pretrial order and appear at the final pretrial conference, is likely to lead to the entry of sanctions, including potentially the dismissal of this case.

IT IS ORDERED:

(1)     The plaintiff shall appear for and give his deposition on **November 27, 2012, at 9:00 a.m.**, at the Office of the Denver City Attorney, 201 West Colfax Avenue, 11th floor, Denver, Colorado; and

(2)     A final pretrial conference will be held on **December 17, 2012, at 11:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  A proposed final pretrial order shall be prepared by the parties and submitted to the court no later than **December 13, 2012**.  The plaintiff shall cooperate with defense counsel in the preparation of the proposed final pretrial order.

Dated November 1, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge