**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02441-REB-BNB

ISADORE BROWN,

      Plaintiff,

v.

DENVER POLICE OFFICER GARCIA,
DENVER POLICE OFFICER ROMAN YEPSHIN,
DENVER POLICE OFFICER SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

      Defendants.

**ORDER ADOPTING RECOMMENDATIONS OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#73],[1] filed November 1, 2012, regarding **Defendants' Motion To Dismiss for Failure To Prosecute Pursuant to Fed. R. Civ. P. 41(b)** [#42], filed August 10, 2012; and (2) the **Recommendation of United States Magistrate Judge** [#76], filed November 16, 2012, regarding **Defendants' Motion for Summary Judgment** [#58], filed October 12, 2012.

No objections have been filed to either recommendation. Thus, I review them only for plain error. *See **Morales-Fernandez v. Immigration & Naturalization***

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

***Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding no such error in the magistrate judge's recommended dispositions of the apposite motions, I find and conclude that recommendations should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#73], filed November 1, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Defendants' Motion To Dismiss for Failure To Prosecute Pursuant to Fed. R. Civ. P. 41(b)** [#42], filed August 10, 2012, is **DENIED**;

3. That the **Recommendation of United States Magistrate Judge** [#76], filed November 16, 2012, is **APPROVED** and **ADOPTED** as an order of this court;

4. That **Defendants' Motion for Summary Judgment** [#58], filed October 12, 2012, is **GRANTED**;

5. That plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**;

6. That judgment **SHALL ENTER** on behalf of defendants, Denver Police Officer Ben Garcia (identified in the caption as "Denver Police Officer Garcia"); Denver Police Officer Roman Yepshin; Denver Police Officer Sergey Gurevich; Detective Joey Smith; and the City and County of Denver, jointly and severally, against plaintiff, Isadore Brown, on all claims for relief and causes of action; provided, that the judgment shall be

---

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  ***Morales-Fernandez***, 418 F.3d at 1122.  In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  *See* **Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)).

with prejudice;

      7. That the Trial Preparation Conference, currently scheduled for Friday, January 11, 2013, at 3:30 p.m., and the trial, currently scheduled to commence on Monday, January 28, 2013, are **VACATED**; and

      8. That defendants are **AWARDED** their costs, to be taxed by the clerk of the court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated December 10, 2012, at Denver, Colorado.

                                **BY THE COURT:**

                                */s/ Robert E. Blackburn*
                                Robert E. Blackburn
                                United States District Judge