IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02441-REB-BNB

ISADORE BROWN,

    Plaintiff,

v.

DENVER POLICE OFFICER GARCIA,
DENVER POLICE OFFICER ROMAN YEPSHIN,
DENVER POLICE OFFICER SERGEY GUREVICH,
DETECTIVE JOEY SMITH, and
CITY AND COUNTY OF DENVER, jointly and severally,

    Defendants.

---

**FINAL JUDGMENT**

---

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendations of the United States Magistrate Judge** [#77] entered by Judge Robert E. Blackburn on December 10, 2012, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That **Defendants' Motion for Summary Judgment** [#58] filed October 12, 2012, is **GRANTED**;

2. That plaintiff's claims against all defendants are **DISMISSED WITH PREJUDICE**;

3. That **JUDGMENT IS ENTERED** on behalf of defendants, Denver Police Officer Ben Garcia (identified in the caption as "Denver Police Officer Garcia"); Denver Police

Officer Roman Yepshin; Denver Police Officer Sergey Gurevich; Detective Joey Smith; and the City and County of Denver, jointly and severally, against plaintiff, Isadore Brown, on all claims for relief and causes of action; provided that **JUDGMENT IS WITH PREJUDICE**;

    4. That the defendants are **AWARDED** their costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    DATED at Denver, Colorado, this 10th day of December, 2012.

                        FOR THE COURT:

                          JEFFREY P. COLWELL, CLERK

                        By: <u>s/Edward P. Butler</u>
                              Edward P. Butler
                              Deputy Clerk